

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

October 15, 2021

<u>By ECF</u>

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States of America v. Jordan Ross Belfort, et al.*,
             <u>Civil Action No. 18-CV-3016 (Kovner, J.) (Merkl, M.J.)</u>

Dear Judge Kovner:

    This Office represents the United States of America in the above-captioned action to compel defendants Jordan Ross Belfort, Global Motivation, Inc., J.B. Global Holdings, LLC, and J.B. Global, Inc. (collectively, "Defendants"), to comply with subpoenas issued by the United States as to each corporate entity. Docket Entry No. 1. We write, pursuant to the Court's October 1, 2021 Order, to inform the Court that there are no outstanding disputes between the parties regarding the relevant subpoenas, and to respectfully request that the Court dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(2).

    The undersigned has conferred with Defendants' present counsel, Erica B. Giese, Esq., who has consented to the dismissal of this matter. Ms. Giese is not presently admitted to the bar of the Eastern District of New York but will submit a motion to appear *pro hac vice* should this Court require her appearance prior to dismissing this matter.

    Thank you for the Court's time and consideration of this request.

                                          Respectfully submitted,

                                          JACQUELYN M. KASULIS
                                          Acting United States Attorney

                By:    s/ Thomas R Price
                          THOMAS R. PRICE
                          Assistant U.S. Attorney
                          (631) 715-7893
                          thomas.price@usdoj.gov

cc:    <u>Via ECF</u>
All counsel of record

<u>Via Email</u>
Erica B. Giese, Esq.
Jackson Walker, LLP
112 East Pecan, Suite 2400
San Antonio, Texas 78205
egiese@jw.com